# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 16, 2002

Before

**Honorable WILLIAM J. BAUER, Circuit Judge**

**Honorable ILANA DIAMOND ROVNER, Circuit Judge**

**Honorable DIANE P. WOOD, Circuit Judge**

No. 99-3623

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] Appeal from the United States |
| | ] District Court for the Northern |
| Plaintiff-Appellee, | ] District of Illinois, Eastern Division |
| | ] |
| v. | ] |
| | ] No. 97 CR 63 |
| TERRY YOUNG, | ] |
| | ] George W. Lindberg, |
| Defendant-Appellant. | ] Judge. |

O R D E R

On consideration of the petition for rehearing filed by defendant appellant on September 20, 2002, and the answer thereto filed by the government on October 7, 2002, all of the judges on the original panel have voted to deny the petition. Accordingly,

IT IS HEREBY ORDERED that the petition for rehearing be, and the same is hereby DENIED.

On its own motion, the court hereby AMENDS its opinion of August 29, 2002, as follows:

On page 23, first full paragraph, line 4, "finding" shall be replaced with "find";

On page 41, line 7, "Cox" shall be replaced with "Young," and on the same page, line 8, "Young" shall be replaced with "Cox";

On page 52, first full paragraph, line 14, "to be harmless" shall be deleted and replaced with "not to constitute plain error".

SO ORDERED.